IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-07-72-R |
| | ) | |
| EVERETT BERNARD ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant Everett Bernard Robinson's motions and supplement for reduction of sentence pursuant to 18 U.S.C. §3582(c)(1)(A)(i), based on extraordinary and compelling reasons. *Docs. 150, 152 and 154.* The government does not oppose Mr. Robinson's renewed request for release based on the attachments to the Supplement filed February 6, 2020. *Doc. 154, Attachments 1–3.* The Court has considered the motions and supplement, Mr. Robinson's health condition, the position of the United States Attorney, as well as the policy statement set forth at USSG §1B1.13 and the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable. It is ordered that Mr. Robinson's motion for early release is granted as extraordinary and compelling reasons justify a reduction of the sentence. The defendant's previously imposed sentence of imprisonment of 180 months (as reflected in Doc. 53) is reduced to **time served**.

IT IS SO ORDERED this 10th day of February 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE